UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60240-CR-DAMIAN

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**JAMELL MISSICK**,

    Defendant.
_____/

### ORDER

THIS CAUSE came before the Court on Magistrate Judge Jared M. Strauss's Report and Recommendation on Change of Plea, entered on June 27, 2024 [ECF No. 34]. To date, no party has filed an objection and the time to do so has passed.

THIS COURT has reviewed Judge Strauss's Report and Recommendation and the pertinent portions of the record, and, being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 34]** is **AFFIRMED AND ADOPTED**, and Defendant, Jamell Missick's change of plea is accepted.

A Sentencing Hearing will be set by separate Order.

**DONE AND ORDERED** in in Chambers in the Southern District of Florida, this 12th day of July, 2024.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE

cc:    counsel of record
       Magistrate Judge Jared M. Strauss